UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN A. PURVIS,<br><br>    Plaintiff,<br><br>v.<br><br>LIEUTENANT TORRES, et al.,<br><br>    Defendants. | CIV. NO. 08-3651 (PGS)(ES)<br><br><br>ORDER |

THIS MATTER having come before the Court at an in-person status conference on November 16, 2009 which was attended by plaintiff and counsel for defendants, and finding good cause for supplementing and amending the Pretrial Scheduling Order entered on August 12, 2009,

IT IS on this 18th day of November, 2009,

ORDERED THAT:

1. The deadline for service of defendants' responses to plaintiff's previously-propounded discovery requests shall be November 30, 2009.

2. The deadline for service of plaintiff's responses to defendants' previously-propounded discovery requests shall be December 7, 2009.

3. There will be an in-person status conference before the Undersigned on January 26, 2010 at 4:00 p.m. One week prior to the conference, each party must submit a memorandum to the Court conforming to the requirements set forth in Paragraph 10 of the Pretrial Scheduling Order.

HONORABLE ESTHER SALAS
UNITED STATES MAGISTRATE JUDGE